

**SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.**
Attorneys at Law

101 Merrimac Street
Boston, MA 02114-4737
617-227-3030
617-523-4001 Fax
www.srbc.com

ANN MARIE E. BERNTSEN
Paralegal
berntsen@srbc.com

July 22, 2005

**HAND DELIVERED**

Civil Clerk's Office
United States District Court
  for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

    Re:   *Peter Nichols v. Reverend Arthur D. Johnson, et al.*
           Civil Action No. 05-11422-RCL

Dear Sir or Madam:

    Pursuant to Local Rule 81.1, enclosed for filing please find certified copies of all records and proceedings in the Essex Superior Court, Newburyport Division, Civil Action No. 04-2335, together with a certified copy of the docket. Please docket accordingly.

    Thank you.

                              Very truly yours,

                              Ann Marie E. Berntsen
                              Paralegal

Enclosures
cc:   w/ copy of enclosures
      William H. Gordon, Esquire
      Law Offices of Mitchell Garabedian
      100 State Street
      Boston, MA 02109

**Commonwealth of Massachusetts
ESSEX SUPERIOR COURT
Case Summary
Civil Docket**

### ESCV2004-02335
### Nichols v Johnson et al

| | | | | | |
|---|---|---|---|---|---|
| File Date | 12/24/2004 | Status | Disposed: transfered to other court (dtrans) | | |
| Status Date | 07/20/2005 | Session | B - Civil-CtRm 1 (Newburyport) | | |
| Origin | 1 | Case Type | B04 - Other negligence/pers injury/pro | | |
| Lead Case | | Track | F | | |
| Service | 07/06/2005 | Answer | 09/06/2005 | Rule12/19/20 | 09/06/2005 |
| Rule 15 | 09/06/2005 | Discovery | 02/02/2006 | Rule 56 | 03/07/2006 |
| Final PTC | 04/06/2006 | Disposition | 06/06/2006 | Jury Trial | Yes |

#### PARTIES

**Plaintiff**
Peter Nichols
Active 12/24/2004

**Private Counsel 184760**
Mitchell Garabedian
Garabedian Law Offices (Mitchell)
100 State Street
6th floor
Boston, MA 02109
Phone: 617-523-6250
Fax: 617-523-3687
Active 12/24/2004 Notify

**Defendant**
Reverend George F Johnson
Served: 06/28/2005
Served (answr pending) 06/28/2005

**Private Counsel 365410**
Jean A Musiker
Sugarman Rogers Barshak & Cohen
101 Merrimac Street
9th floor
Boston, MA 02114-4737
Phone: 617-227-3030
Fax: 617-523-4001
Active 06/10/2005 Notify

**Defendant**
Defendant Two
Service pending 06/02/2005

A TRUE COPY, ATTEST
_[signature]_
DEPUTY ASST CLERK

#### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 12/24/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 12/24/2004 | | Origin 1, Type B04, Track F. |
| 01/05/2005 | 2.0 | Amended complaint of Peter Nichols |
| 03/14/2005 | 3.0 | Plaintiff Peter Nichols's ex parte MOTION for to enlarge time to serve summonses and copies of complaints . |
| 03/23/2005 | | MOTION (P#3) allowed, but no further extensions (Richard Welch, III, Justice). Notices mailed March 23, 2005 |
| 04/08/2005 | 4.0 | JUDGEMENT OF DISMISSAL re: Reverend George F Johnson; Defendant Two (w/o prejudice; service not complete by 1-88 deadline).☐Copies mailed. |
| 04/08/2005 | | Case status changed to 'Disposed: dismissd/no service' at service |

Commonwealth of Massachusetts
ESSEX SUPERIOR COURT
Case Summary
Civil Docket

### ESCV2004-02335
### Nichols v Johnson et al

| Date | Paper | Text |
|---|---|---|
| | | deadline review |
| 06/02/2005 | 5.0 | entry #4 was entered in error |
| 06/07/2005 | 6.0 | Plaintiff Peter Nichols's ex parte MOTION to Enlarge Time to Serve Defendants and Amend Tracking Order, Affidavit of Mitchell Garabedian, Esq. |
| 06/07/2005 | | MOTION (P#6) Allowed; no further extentions of time to serve or file the return of service of process will be permitted beyond 7/1/05 (Elizabeth M. Fahey, Justice). Notices mailed June 07, 2005 |
| 06/09/2005 | | Notice sent to appear on June 16, 2005 for a hearing on Motion to set aside Court's ruling |
| 06/10/2005 | 7.0 | Defendant Reverend George F Johnson, Defendant Two's emergency MOTION to set aside the allowance of plff's. ex-parte motion to enlarge time to serve defts. and amend tracking order,deft's. opposition to motion to enlarge time to serve defts, affidavit of Jean Musiker,filed 6/8/05 |
| 06/23/2005 | | MOTION (P#6) The Court reluctantly grants the motion. Judge Welch's order gave a specific time for service and due to an error in the clerk's office, a period of the time for service was unavailable. dated 6/22/05 (David Lowy, Justice). Notices mailed June 23, 2005 |
| 06/23/2005 | 8.0 | Plaintiff Peter Nichols's MOTION for appointment of special process server, Ruth Reynlds of Reynolds Professional Services. |
| 06/23/2005 | | MOTION (P#8) ALLOWED. dated 6/22/05  (David Lowy, Justice. |
| 06/28/2005 | 9.0 | SERVICE RETURNED: Reverend George F Johnson(Defendant) |
| 07/20/2005 | 10.0 | Copy of Petition for Removal to the United States District Court filed by Reverend George F Johnson, filed 7/11/05 |
| 07/20/2005 | | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 06/16/2005 | Civil-CtRm 2 -rear (Salem) | Motion/Hearing: miscellaneous Motion to Set Aside Court's Ruling | Event held as scheduled |


A TRUE COPY, ATTEST