UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-11422-RCL

| | |
|---|---|
| PETER NICHOLS | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| REVEREND ARTHUR D. JOHNSON and | ) |
| DEFENDANT TWO, | ) |
|     Defendant | ) |

## DEFENDANT REVEREND ARTHUR D. JOHNSON'S
## LOCAL RULE 16.1 CERTIFICATION

The undersigned hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

REVEREND ARTHUR D. JOHNSON

/s/ Rev. Arthur Johnson_____

Dated: October __, 2005

SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.

/s/ Matthew Fogelman_____
Jean A. Musiker, BBO # 365410
Matthew J. Fogelman, BBO #653916
101 Merrimac Street
Boston, MA 02114-4737
(617) 227-3030

368756

- 2 -

## CERTIFICATE OF SERVICE

    I, Matthew J. Fogelman, hereby certify that on the above date I served the within document by mailing a copy thereof, postage prepaid to the following counsel of record:

    William H. Gordon, Esquire
    Law Offices of Mitchell Garabedian
    100 State Street
    Boston, MA 02109

                                                           _____
                                                            Matthew J. Fogelman

368756