UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-11422-RCL

|  |  |
|---|---|
| PETER NICHOLS<br>    Plaintiff<br><br>v.<br><br>REVEREND ARTHUR D. JOHNSON and<br>DEFENDANT TWO,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **INITIAL DISCLOSURES OF THE DEFENDANT REVEREND ARTHUR D. JOHNSON**

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and Local Rule 26.2(A), the Defendant Reverend Arthur D. Johnson (hereinafter "Defendant Reverend Johnson") hereby provides the following initial disclosures to the plaintiff.

Fed.R.Civ.P. 26(A)(1)(A):

Defendant Reverend Johnson has identified the following individuals who are likely to have discoverable information that may be used to support his claims and defenses. The individuals listed below can contacted through their counsel, Jean A. Musiker and Matthew J. Fogelman.

1. Defendant Reverend Johnson has knowledge regarding the duties and responsibilities of a sub-prior of the St. Augustine Friary, the relationship between the St. Augustine Friary and Austin Preparatory School of Reading, Massachusetts, and the relationship between the St. Augustine Friary and faculty at the Austin Preparatory School. He also has knowledge concerning any allegations that relate to him directly.

- 2 -

2. Reverend Francis J. Horn, O.S.A., J.C.D., has knowledge regarding the duties and responsibilities of a sub-prior of the St. Augustine Friary. Reverend Horn also has knowledge regarding the organization, government, and structure of the Order, including the duties and responsibilities of the Order's officers, as well as the relationship between the Order and its members. Father Horn has knowledge of the canon law to which the Order and its members are subject.

Fed.R.Civ.P. 26(A)(1)(B):

Defendant Reverend Johnson has in his possession, custody, or control the following documents or categories of documents that may be used to support his claims or defenses.

1. Rule and Constitutions of the Order of Saint Augustine.

2. Letter to Charles H. McLaughlin, Board of Trustees, Austin Preparatory School, dated June 12, 1973.

3. Memorandum of Understanding and Addendum between Augustinian High School of Reading, Massachusetts and The Province of St. Thomas of Villanova, dated June 11, 1973.

Fed.R.Civ.P. 26(A)(1)(C):

Not applicable.

Fed.R.Civ.P. 26(A)(1)(D):

The defendant agrees to produce a copy of the declaration page from the applicable insurance agreement, Comprehensive General Liability Insurance Policy No. CBP 68721, issued by Firemen's Insurance Co.

>Respectfully submitted,
>DEFENDANT REVEREND ARTHUR D. JOHNSON
>By his Attorneys,
>
>*/s/ Matthew J. Fogelman*
>_____
>Jean A. Musiker, BBO #365410
>Matthew J. Fogelman, BBO #653916
>Sugarman, Rogers, Barshak & Cohen, P.C.
>101 Merrimac Street
>Boston, MA 02114-4737
>(617) 227-3030

Dated: November 29, 2005

## CERTIFICATE OF SERVICE

I, Matthew J. Fogelman, hereby certify that on the above date I served the within document by mailing a copy thereof, postage prepaid, to the following counsel of record:

>William H. Gordon, Esquire
>Law Offices of Mitchell Garabedian
>100 State Street
>Boston, MA 02109

>*/s/ Matthew J. Fogelman*
>_____
>Matthew J. Fogelman

370483