UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-11422-RCL

| | |
|---|---|
| PETER NICHOLS<br>    Plaintiff<br><br>v.<br><br>REVEREND ARTHUR D. JOHNSON and<br>DEFENDANT TWO,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Matthew J. Fogelman as counsel for the defendant in the above-captioned matter. Jean A. Musiker will continue to represent the defendant.

Matthew J. Fogelman, BBO No. 653916
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114
Tel.: (617) 227-3030

Dated: February 16, 2006

- 2 -

## CERTIFICATE OF SERVICE

I, Jean A. Musiker, hereby certify that on the above date I served the within document by mailing a copy thereof, postage prepaid, to the following counsel of record:

William H. Gordon, Esquire
Law Offices of Mitchell Garabedian
100 State Street
Boston, MA 02109

/s/ Jean A. Musiker

373788