## CERTIFICATE OF SERVICE

      I hereby certify that the above document filed through the ECF system on March 6, 2006 will be sent electronically to Jean A. Musiker, Esq., SUGARMAN, ROGERS, BARSHAK & COHEN, P.C., 101 Merrimac Street, Boston, MA 02114-4737 as identified on the Notice of Electronic Filing (NEF); and a paper copy will be sent to Francis P. Burns, III, Esq., LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO, Suite 500, 190 North Independence Mall West, 6th & Race Streets, Philadelphia, PA 19106; and Very Reverend Arthur F. Smith, St. Thomas Monastery, Villanova University, Villanova, PA 19085, whom Plaintiff understands are non registered participants, on March 6, 2006 via First Class Mail, Postage Prepaid.

      /s/ Mitchell Garabedian
Mitchell Garabedian, BBO #184760
LAW OFFICES OF
MITCHELL GARABEDIAN
100 State Street, 6th Floor
Boston, MA 02109
(617) 523-6250

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-11422-RCL

| | |
|---|---|
| PETER NICHOLS,   Plaintiff | ) ) ) |
| v. | ) ) |
| REVEREND ARTHUR D. JOHNSON and DEFENDANT TWO,   Defendants | ) ) ) |

## PLAINTIFF PETER NICHOLS' LOCAL RULE 15.1 CERTIFICATE

Now comes Plaintiff Peter Nichols and, pursuant to Local Rule 15.1(B), states that a paper copy of Plaintiff Peter Nichols' Motion To Amend Complaint and all attached Exhibits thereto was served on Very Reverend Arthur F. Smith, St. Thomas Monastery, Villanova University, Villanova, PA 19085, and on Very Reverend Arthur F. Smith's Counsel, Francis P. Burns, III, Esq., LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO, Suite 500, 190 North Independence Mall West, 6th & Race Streets, Philadelphia, PA 19106, in advance of filing on February 24, 2006 via First Class Mail, Postage Prepaid, with Notice that Plaintiff Peter Nichols' Motion To Amend Complaint would be filed on March 6, 2006.

                    Respectfully,
                    By Plaintiff's Attorney,

                    /s/ Mitchell Garabedian
                    Mitchell Garabedian, BBO #184760
                    William H. Gordon, BBO #545378
                    LAW OFFICES OF
                    MITCHELL GARABEDIAN
                    100 State Street, 6th Floor
                    Boston, MA 02109
                    (617) 523-6250

Dated: March 6, 2006