UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-11422-RCL

PETER NICHOLS,     )
    Plaintiff     )
        )
v.     )
        )
REVEREND ARTHUR D. JOHNSON and     )
DEFENDANT TWO,     )
    Defendants     )

**PLAINTIFF PETER NICHOLS' NOTICE OF FILING WITH CLERK'S OFFICE**

    Notice is hereby given that the documents, exhibits or attachments to Plaintiff Peter Nichols' Motion To Amend Complaint listed below have been manually filed with the Court and are available in paper form only:

    1.    Plaintiff Peter Nichols' Transcript from Austin Prep (Exhibit 2 to Plaintiff Peter Nichols' Motion To Amend Complaint);

    2.    The deceased Reverend Robert A. Turnbull's Assignment Card (Exhibit 3 to Plaintiff Peter Nichols' Motion To Amend Complaint);

    3.    Copies of selected pages from The Official Catholic Directory for the Archdiocese of Boston for the years 1964 - 1982 (Exhibit 4 to Plaintiff Peter Nichols' Motion To Amend Complaint);

    4.    May 6, 1981 Memorandum Regarding "Bob Turnbull" (Exhibit 5 to Plaintiff Peter Nichols' Motion To Amend Complaint);

    5.    Assault Report dated September 9, 1994, Bates stamped TURNBULL-2 009-011 (Exhibit 6 to Plaintiff Peter Nichols' Motion To Amend Complaint);

    6.    Memorandum from Sister Catherine Mulkerrin to Father John McCormack dated June 13, 1994, Bates stamped TURNBULL-2 008 (Exhibit 7 to Plaintiff Peter Nichols' Motion To Amend Complaint); and

    7.    Complaint And Jury Trial Demand for David Doyle v. Reverend George F. Burnell, et al., Middlesex Superior Court Civil Action No. 03-0395 (Exhibit 8 to Plaintiff Peter Nichols' Motion To Amend Complaint).

    The original documents are maintained in the case file in the Clerk's Office. Further, on March 6, 2006, paper copies of each of the above documents were served upon Jean A. Musiker,

Esq., SUGARMAN, ROGERS, BARSHAK & COHEN, P.C., 101 Merrimac Street, Boston, MA 02114-3747 via Hand Delivery.

> Respectfully,
> By Plaintiff's Attorney,
>
> */s/ Mitchell Garabedian*
>
> Mitchell Garabedian, BBO #184760
> William H. Gordon, BBO #545378
> LAW OFFICES OF
> MITCHELL GARABEDIAN
> 100 State Street, 6th Floor
> Boston, MA 02109
> (617) 523-6250

Dated: March 6, 2006

## CERTIFICATE OF SERVICE

I hereby certify that the above document filed through the ECF system on March 6, 2006 will be sent electronically to Jean A. Musiker, Esq., SUGARMAN, ROGERS, BARSHAK & COHEN, P.C., 101 Merrimac Street, Boston, MA 02114-4737 as identified on the Notice of Electronic Filing (NEF); and a paper copy will be sent to Francis P. Burns, III, Esq., LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO, Suite 500, 190 North Independence Mall West, 6th & Race Streets, Philadelphia, PA 19106; and Very Reverend Arthur F. Smith, St. Thomas Monastery, Villanova University, Villanova, PA 19085, whom Plaintiff understands are non registered participants, on March 6, 2006 via First Class Mail, Postage Prepaid.

*/s/ Mitchell Garabedian*

Mitchell Garabedian, BBO #184760
LAW OFFICES OF
MITCHELL GARABEDIAN
100 State Street, 6th Floor
Boston, MA 02109
(617) 523-6250