UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-11422-RCL

| | |
|---|---|
| PETER NICHOLS, | ) |
|     Plaintiff | ) |
| | ) |
|     v. | ) |
| | ) |
| REVEREND ARTHUR D. JOHNSON and | ) |
| DEFENDANT TWO, | ) |
|     Defendants | ) |

**JOINT MOTION TO ENLARGE TIME TO COMPLETE FACT DISCOVERY
AND TO AMEND SCHEDULING ORDER**
**(Pursuant to Fed. R. Civ. P. 6(b))**

Now come Plaintiff Peter Nichols and Defendant Reverend Arthur D. Johnson (hereinafter referred to as "Defendant Father Johnson") and, pursuant to Fed. R. Civ. P. 6(b), jointly move that this Honorable Court issue an Order (1) to enlarge the time for the parties to complete fact discovery by thirty days, from October 5, 2006 to November 6, 2006; and (2) to amend the Scheduling Order so that the remaining schedule deadlines are as follows:

| | |
|---|---|
| Fact Discovery Due | 11/6/06 |
| Plaintiff To Disclose Expert | 12/6/06 |
| Defendant To Disclose Expert | 1/5/07 |
| Discovery Due | 3/2/07 |
| Motions Due | 3/30/07 |
| Response To Motions Due | 4/20/07 (or 21 days after the motion is filed) |

In support of this Motion, Plaintiff Peter Nichols and Defendant Father Johnson state as follows:

1.    All parties who have appeared in this action, Plaintiff Peter Nichols and Defendant Father Johnson, join in this Motion.

2.The parties have been engaged in substantive fact discovery and find they need additional time to complete fact discovery in order to prepare for trial.

3.This is the parties' first request for an enlargement of time to complete fact discovery. Pursuant to Fed. R. Civ. P. 6(b), the parties bring this joint Motion before the expiration of the current fact discovery period.

WHEREFORE, for the reasons set forth above, Plaintiff Peter Nichols and Defendant Father Johnson jointly move that this Honorable Court issue an Order (1) to enlarge the time for the parties to complete fact discovery by thirty days, from October 5, 2006 to November 6, 2006; and (2) to amend the Scheduling Order so that the remaining schedule deadlines are as follows:

| | |
|---|---|
| Fact Discovery Due | 11/6/06 |
| Plaintiff To Disclose Expert | 12/6/06 |
| Defendant To Disclose Expert | 1/5/07 |
| Discovery Due | 3/2/07 |
| Motions Due | 3/30/07 |
| Response To Motions Due | 4/20/07 (or 21 days after the motion is filed) |

| | |
|---|---|
| Respectfully submitted,<br>Plaintiff Peter Nichols<br>By his Attorneys, | Respectfully submitted,<br>Defendant Arthur D. Johnson<br>By his Attorneys, |
| /s/ Mitchell Garabedian<br>Mitchell Garabedian, BBO #184760<br>William H. Gordon, BBO #545378<br>LAW OFFICES OF<br>MITCHELL GARABEDIAN<br>100 State Street, 6th Floor<br>Boston, MA  02109<br>(617) 523-6250 | /s/ Jean A. Musiker<br>Jean A. Musiker, BBO #365410<br>Carl A. Roller, BBO #665008<br>SUGARMAN, ROGERS, BASHAK<br>& COHEN, P.C.<br>101 Merrimac Street<br>Boston, MA  02114-4737<br>(617) 227-3030 |

Dated: <u>September 7, 2006</u>

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above document filed through the ECF system on September 7, 2006 will be sent electronically to Jean A. Musiker, Esq., SUGARMAN, ROGERS, BARSHAK & COHEN, P.C., 101 Merrimac Street, Boston, MA 02114-4737 as identified on the Notice of Electronic Filing (NEF); and a paper copy will be sent to Francis P. Burns, III, Esq., LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO, Suite 500, 190 North Independence Mall West, 6th & Race Streets, Philadelphia, PA 19106; and Very Reverend Arthur F. Smith, St. Thomas Monastery, Villanova University, Villanova, PA 19085, whom Plaintiff understands are non-registered participants, on September 7, 2006 via First Class Mail, Postage Prepaid.

                                                  /s/ Mitchell Garabedian
                                                  Mitchell Garabedian, BBO #184760
                                                  LAW OFFICES OF
                                                  MITCHELL GARABEDIAN
                                                  100 State Street, 6th Floor
                                                  Boston, MA 02109
                                                  (617) 523-6250