UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER NICHOLS,<br><br>        Plaintiff<br><br>v.<br><br>REVEREND ARTHUR D. JOHNSON and DEFENDANT TWO,<br><br>        Defendants | CIVIL ACTION NO. 05-CV-11422-RCL |

**JOINT MOTION TO ENLARGE TIME TO COMPLETE FACT DISCOVERY AND TO AMEND SCHEDULING ORDER**
**(Pursuant to Fed. R. Civ. P. 6(b))**

The Plaintiff Peter Nichols and the Defendant Reverend Arthur D. Johnson ("Father Johnson") jointly move, pursuant to Fed. R. Civ. P. 6(b), that this Honorable Court issue an Order (1) to enlarge the time for the parties to complete fact discovery by ninety (90) days, from November 6, 2006, to February 5, 2007; and (2) to amend the Scheduling Order so that the remaining schedule deadlines are as follows:

| | |
|---|---|
| Fact Discovery Due | February 5, 2007 |
| Plaintiff to Disclose Expert | March 6, 2007 |
| Defendant to Disclose Expert | April 5, 2007 |
| Discovery Due | May 31, 2007 |
| Motions Due | June 28, 2007 |
| Response to Motions due | July 19, 2007 (or 21 days after the motion is filed) |

In support of this motion, Plaintiff Peter Nichols and Defendant Father Johnson, state as follows:

1.      All parties who have appeared in this action, Plaintiff Peter Nichols and Defendant Father Johnson, join in this motion.

2.   The parties have engaged in substantial fact discovery.  Extensive written discovery has been conducted by both parties, including interrogatories and requests for production of documents which have been served and responded to by both parties.  Further, subpoenas for documents have been issued and depositions have been taken  .

3.   The parties have a mutual desire to reduce the burden of time and labor, as well as expense, imposed upon their clients, and while additional depositions need to be taken by both parties, the parties at this time believe further depositions could unnecessarily increase those burdens prior to this Honorable Court's ruling on the Plaintiff's pending Motion to Amend Complaint, which seeks to add an additional defendant, the Very Reverend Arthur Smith.

4.   In the event that Father Smith is added as a party, he will be entitled to depose the plaintiff and the co-defendant, as well as other witnesses. The parties are desirous of not being subjected to two depositions concerning the same subject matter.  Thus the parties believe that it is in the interests of justice to extend the time for conducting discovery so that the parties' depositions do not have to be taken until such time as the motion to amend is acted upon.

WHEREFORE, for the reasons set forth above, Plaintiff Peter Nichols and Defendant Father Johnson jointly move that this Honorable Court issue an Order (1) to enlarge the time for the parties to complete fact discovery by ninety (90) days, from November 6, 2006, to February 5, 2007; and (2) to amend the Scheduling Order so that the remaining schedule deadlines are as follows:

| | |
|---|---|
| Fact Discovery Due | February 5, 2007 |
| Plaintiff to Disclose Expert | March 6, 2007 |
| Defendant to Disclose Expert | April 5, 2007 |
| Discovery Due | May 31, 2007 |
| Motions Due | June 28, 2007 |
| Response to Motions due | July 19, 2007 (or 21 days after the motion is filed) |

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Plaintiff Peter Nichols | Defendant Arthur D. Johnson |
| By his Attorneys, | By his Attorneys, |
| | |
| _/s/ *Mitchell Garabedian*_ | _/s/ *Carl Roller*_ |
| Mitchell Garabedian, BBO #184760 | Jean A. Musiker, BBO #365410 |
| William H. Gordon, BBO #545378 | Carl A. Roller, BBO #665008 |
| Law Offices of Mitchell Garabedian | Sugarman, Rogers, Barshak & Cohen, P.C. |
| 100 State Street, 6th Floor | 101 Merrimac St, 9th Floor |
| Boston, MA 02109 | Boston, MA 02114-4737 |
| (617) 523-6250 | (617) 227-3030 |

Dated:  October 23, 2006

## CERTIFICATE OF SERVICE

I hereby certify that the above document has been filed through the ECF system on the above date will be sent electronically to Mitchell Garabedian, Law Offices of Mitchell Garabedian, 100 State Street, 6th Floor, Boston, MA 02109 as identified on the Notice of Electronic Filing (NEF).

/s/ *Carl Roller*
_____
Carl A. Roller

383678