UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-11422-RCL

| | |
|---|---|
| PETER NICHOLS, | ) |
|     Plaintiff | ) |
| | ) |
|     v. | ) |
| | ) |
| REVEREND ARTHUR D. JOHNSON, et al., | ) |
|     Defendants | ) |

**JOINT MOTION TO ENLARGE TIME TO COMPLETE FACT DISCOVERY
AND TO AMEND SCHEDULING ORDER**
(Pursuant to Fed. R. Civ. P. 6(b))

The Plaintiff Peter Nichols and the Defendant Reverend Arthur D. Johnson ("Father Johnson") jointly move, pursuant to Fed. R. Civ. P. 6(b), that this Honorable Court issue an Order (1) to enlarge the time for the parties to complete fact discovery by four months, from February 5, 2007 to June 5, 2007; and (2) to amend the Scheduling Order so that the remaining schedule deadlines are as follows:

| | |
|---|---|
| Fact Discovery Due | June 5, 2007 |
| Plaintiff to Disclose Expert | July 9, 2007 |
| Defendant to Disclose Expert | August 8, 2007 |
| All Discovery Completed | September 28, 2007 |
| Motions Due | October 26, 2007 |
| Response to Motions Due | November 16, 2007 (or 21 days after the motion is filed) |

In support of this Motion, Plaintiff Peter Nichols states as follows:

1. All parties who have appeared in this action, Plaintiff Peter Nichols and Defendant Father Johnson, join in this motion.

2. The parties have agreed to explore formal mediation to resolve this matter.

- 2 -

3.    The parties have engaged in substantial fact discovery. Extensive written discovery has been conducted by both parties, including interrogatories and requests for production of documents, which have been served and responded to by both parties. Further, subpoenas for documents have been issued and Plaintiff Peter Nichols has taken multiple depositions.

4.    The parties have a mutual desire to reduce the burden of time and labor, as well as expense, imposed on the parties in this matter, and while additional depositions need to be taken by both parties, the parties at this time believe further depositions could unnecessarily increase those burdens prior to this Honorable Court's ruling on Plaintiff Peter Nichols' pending Motion To Amend Complaint, which seeks to add an additional defendant, the Very Reverend Arthur Smith (hereinafter referred to as "Father Smith").

5.    In the event that Father Smith is added as a party, Father Smith will be entitled to depose Plaintiff Peter Nichols and Defendant Father Johnson, as well as other witnesses who have not yet been deposed. The parties are desirous of not being subjected to two depositions concerning the same subject matter. Thus the parties believe that it is in the interests of justice to extend the time for conducting discovery so that the parties' depositions do not have to be taken until such time as the motion to amend is acted upon.

WHEREFORE, for the reasons set forth above, Plaintiff Peter Nichols and Defendant Father Johnson jointly move that this Honorable Court issue an Order (1) to enlarge the time for the parties to complete fact discovery by four months, from February 5, 2007 to June 5, 2007; and (2) to amend the Scheduling Order so that the remaining schedule deadlines are as follows:

| | |
|---|---|
| Fact Discovery Due | June 5, 2007 |
| Plaintiff to Disclose Expert | July 9, 2007 |
| Defendant to Disclose Expert | August 8, 2007 |
| All Discovery Completed | September 28, 2007 |
| Motions Due | October 26, 2007 |
| Response to Motions Due | November 16, 2007 (or 21 days after the motion is filed). |

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Plaintiff Peter Nichols | Defendant Arthur D. Johnson |
| By his Attorneys, | By his Attorneys, |
| /s/ *Mitchell Garabedian* | /s/ *Jean A. Musiker* |
| Mitchell Garabedian, BBO #184760 | Jean A. Musiker, BBO #365410 |
| William H. Gordon, BBO #545378 | Carl A. Roller, BBO #665008 |
| Law Offices of Mitchell Garabedian | Sugarman, Rogers, Barshak & Cohen, P.C. |
| 100 State Street, 6th Floor | 101 Merrimac St, 9th Floor |
| Boston, MA 02109 | Boston, MA 02114-4737 |
| (617) 523-6250 | (617) 227-3030 |

Dated: January 10, 2007

## CERTIFICATE OF SERVICE

I hereby certify that the above document filed through the ECF system on January 10, 2007 will be sent electronically to Jean A. Musiker, Esq., SUGARMAN, ROGERS, BARSHAK & COHEN, P.C., 101 Merrimac Street, Boston, MA 02114-4737 as identified on the Notice of Electronic Filing (NEF).

/s/ *Mitchell Garabedian*
Mitchell Garabedian, BBO #184760
LAW OFFICES OF
MITCHELL GARABEDIAN
100 State Street, 6th Floor
Boston, MA 02109
(617) 523-6250