UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER NICHOLS,<br><br>        Plaintiff<br><br>v.<br><br>REVEREND ARTHUR D. JOHNSON and DEFENDANT TWO,<br><br>        Defendants | CIVIL ACTION NO. 05-CV-11422-RCL |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      The parties, Peter Nichols and Reverend Arthur D. Johnson, by their respective undersigned counsel, hereby stipulate and agree that the above-entitled action be dismissed, with prejudice. All parties shall bear their own costs and attorneys' fees.

| | |
|---|---|
| PLAINTIFF,<br>PETER NICHOLS,<br><br>By his Attorneys,<br><br>*/s/ Mitchell Garabedian*<br>_____<br>Mitchell Garabedian, BBO No. 184760<br>William H. Gordon, BBO No. 545378<br>Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109<br>(617) 523-6250 | DEFENDANT, REVEREND<br>ARTHUR D. JOHNSON,<br><br>By his Attorneys,<br><br>*/s/ Jean A. Musiker*<br>_____<br>Jean A. Musiker, BBO No. 365410<br>Carl A. Roller, BBO No. 665008<br>Sugarman, Rogers, Barshak &<br> Cohen, P.C.<br>101 Merrimac Street<br>Boston, MA 02114-4737<br>(617) 227-3030 |

DATED:     May 25, 2007

CERTIFICATE OF SERVICE

      I, Jean A. Musiker, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 25, 2007.

      */s/ Jean A. Musiker*
      _____
      Jean A. Musiker
      musiker@srbc.com

390980